IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH M. STEWART, | : | 4:14-CV-1050 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| KEYSTONE REAL ESTATE GROUP, LP, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
November 12, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss Count II of Plaintiff Deborah Stewart's Third Amended Complaint (ECF No. 27) is GRANTED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge